UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

SELECTRON MANAGEMENT CORP.,

                                 Debtor.
-------------------------------------------------------------------X

Involuntary Chapter 7
Case No. 10-75320 (DTE)

## JOINDER OF SELECTRON INDUSTRIAL COMPANY, INC. TO INVOLUNTARY PETITION

1.    Selectron Industrial Company, Inc. hereby joins the Involuntary Petition filed in the above-captioned Involuntary Chapter 7 case against Selectron Management Corp. (the "Debtor").

2.    Selectron Industrial Company, Inc., is eligible to file this joinder pursuant to 11 U.S.C. §§ 303(b) and (c), being the nominal holder of a judgment against the Debtor in the amount aggregating $956,420.45.

3.    The referenced Debtor is a person against whom an involuntary petition can be filed under Title 11 of the United States Bankruptcy Code.

4.    The Debtor is not paying its debts as they become due.

5.    Venue is appropriate in that the Debtor is an affiliate of another debtor, Synergy International Optronics LLC, in a case pending in this district, titled *In re Synergy International Optronics, LLC,* Case No. 10-72272 (DTE). In addition, on information and belief, the Debtor has a principal place of business in this district.

Dated: August 10, 2010

                                                 Selectron Industrial Company, Inc.,

                                                 */s/ Taim Ham*
                                                 By: Tai Ham, sole shareholder